# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 22, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

148981(40)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                         SC: 148981
                         COA: 319642

PAUL J. BETTS, JR.,
         Defendant-Appellant.
_____/
                         Muskegon CC: 12-062665-FH

      On order of the Chief Justice, the motion of the Criminal Defense Attorneys of Michigan to extend the time for filing a brief amicus curiae is GRANTED. The amicus brief submitted on February 15, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 22, 2019



Clerk